1  DENNIS A. BARLOW, STATE BAR NO. 63849
2  dbarlow@ci.burbank.ca.us
   JULI C. SCOTT, STATE BAR NO. 79653
3  jscott@ci.burbank.ca.us
4  CAROL A. HUMISTON, STATE BAR NO. 115592
   chumiston@ci.burbank.ca.us
5  275 E. Olive Avenue
   Burbank, CA 91502
6  TEL: (818)238-5702/FAX: (818) 238-5724
7  Attorneys for Defendant City of Burbank

8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

12 GEORGE ROBERT HUFF, etc.,      ) Case No.: CV07-04114 FMC (AJWx)
                                  )
13           Plaintiffs,          ) **PROTECTIVE ORDER RE**
                                  ) **DISCOVERY OF BURBANK**
14     v.                         ) **POLICE DEPARTMENT MANUAL**
                                  )
15 CITY OF BURBANK, etc.,         )
                                  )
16           Defendants.          )
                                  )
17 _____  )

18
19       The following Protective Order shall govern the use and disclosure of
20 information (hereafter "Confidential Information") contained in the City of
21 Burbank Police Department Manual produced in response to George Huff's
22 Request for Production of Documents.
23       1.    Under no circumstances shall Confidential Information be used in any
24 proceeding other that the instant case or be disseminated in any form except by
25 order of the Court in these proceedings.
26       2.    Under no circumstances shall Confidential Information, either orally
27 or in written form, be inputted into any computer program or database, or be listed
28 manually in any manual or notebook,

1
**PROTECTIVE ORDER RE DISCOVERY OF BURBANK POLICE DEPARTMENT MANUAL**

3. Any reference to Confidential Information shall not be disclosed to any person or entity except as provided for herein.

4. No copies of the Confidential Information may be made, except for the purposes of filing said Confidential Information under seal with the Court in these proceedings.

5. Confidential Information shall not be disclosed to any person or entity except as provided for herein.

6. Except for documentation filed under seal with the Court, all originals and copies of Confidential Information shall be returned to counsel for the City of Burbank within 10 days after final termination of this case, whether such termination occurs by settlement, judgment, dismissal, appeal or otherwise.

7. This Protective Order, and the obligation of all persons thereunder, including those relating to the disclosure and use of Confidential Information, shall survive the termination of this case, whether such termination occurs by settlement, judgment, dismissal, appeal or otherwise.

IT IS SO ORDERED.

Dated: April 15, 2008            _____/s/_____

Hon. Andrew J. Wistrich
Magistrate, United States District Court

2
**PROTECTIVE ORDER RE DISCOVERY OF BURBANK POLICE DEPARTMENT MANUAL**