UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-04114-FMC-AJWx | Date | December 2, 2008 |
|---|---|---|---|
| Title | Huff et al v. City of Burbank et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   TENTATIVE RULINGS ON MOTIONS IN LIMINE   (In Chambers)

**Defendants' Motions**:

1. To Exclude Evidence of Medical Treatment or Medical Records:
   Granted.  Unopposed

2. To Preclude Reference to Police Personnel Records:
   Granted in part.  Police Personnel Records concerning the individual defendants were provided to plaintiff pursuant to the terms of a Protective Order.  None of the information in those records may be revealed during the course of the trial, nor used for any purpose, including impeachment, without prior permission of the Court.

3. To Exclude the Testimony of Daniel Sullivan:
   Denied.  The supplemental report of Mr. Sullivan reflects that, after providing his initial opinion, he reviewed all of the relevant evidence in this case.  He is qualified to testify as an expert on police practices, and may testify to his opinion concerning the actions of the police officers in this case.

**Plaintiffs' Motions**:

1. To preclude testimony of witnesses not previously disclosed:
   Denied in part; granted in part.
   A Court has discretion, under Rule 26(a)(1) to exclude testimony of witnesses whose identity was not known prior to trial, in order to prevent surprise -- trial by ambush.  None of the witnesses objected to by plaintiffs falls within that category.  The mere fact that a formal supplemental disclosure was not made by defendants does not justify exclusion.
      Motion Denied as to the following witnesses:
      a) Tim Stehr - Burbank Chief of Police; known to plaintiffs and was offered for deposition

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-04114-FMC-AJWx | Date | December 2, 2008 |
|---|---|---|---|
| Title | Huff et al v. City of Burbank et al | | |

       b)  John Murphy -- Burbank Watch Commander; identified by and known to plaintiffs
       c)  Reeve Rickard -- Burbank police officer who wrote a supplemental report; plaintiffs were given his report, and he was offered for deposition.
       d)  Rolano Aguirre -- vice principal of the school; was deposed
       e)  Jessica Jordan -- student, was deposed
       f)  R.J. Kattengill - known to plaintiffs who attempted to depose him
       g)  Custodian of records of the school -- records have been produced to plaintiffs

       Motion granted as to Zohara Khoury.  Any relevance her testimony might have is far outweighed by the potential conflict of interest and violation of the attorney work product doctrine her testimony would entail.

2. To Preclude Exhibits not properly disclosed:
       Denied in part; granted in part.
       Motion is denied as to the following items of evidence:
          a)  Photographs - are easily authenticated; both attorneys present when they were taken.
          b)  Cell phone invoices -- admissible for impeachment
          c)  Training records -- to impeach plaintiffs' expert witness
          d)  911 tape -- was produced to plaintiff and the custodian was offered for deposition.

       Motion Granted as to Huff's school records.  Unopposed.

*Note*:  Plaintiff's counsel seems to be operating under the mistaken notion that *Monell v. Deparatment of Social Services of New York*, 436 U.S. 658, establishes a defense to governmental liability.  *Monell* in fact creates an exception to the general rule that there is no *respondeat superior* liability on the part of a police agency for the conduct of its officers.  The case sets out *plaintiff's* burden if a plaintiff wishes to establish that a police department, rather than just the individual officers, is liable.

                                                                                       :   N/A
                                                 Initials of Preparer    AM