UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-04114-FMC-AJWx | Date | December 29, 2008 |
|---|---|---|---|
| Title | George Robert Huff et al v. City of Burbank et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     ORDER GRANTING MOTION     (In Chambers)

This matter is before the Court on Defendant A.S.'s Motion for Determination of Good Faith Settlement (docket no. 136), filed on November 18, 2008.  The Court has considered the moving, opposition and reply documents submitted in connection with the Motion.  The Court deems the matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing scheduled for January 5, 2009, is removed from the Court's calendar.

The Court finds that the settlement between Plaintiff and Defendant A.S. was made in good faith pursuant to California Code of Civil Procedure §§ 877 and 877.6 and Tech-Bilt v. Woodward-Clyde and Associates, 38 Cal.3d 488, 499 (1985).

It is hereby ordered and adjudged that the Motion for Determination of Good Faith Settlement (docket no. 136) is GRANTED and that any present or future claims or cross-complaints against Defendant A.S. in connection with the issues raised in this case, including without limitation claims of contribution or indemnification, are hereby dismissed and barred.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |