JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GEORGE ROBERT HUFF, et al.,

Plaintiffs,

v.

CITY OF BURBANK, A MUNICIPAL CORPORATION, et al.,

Defendants.

Case No.: **2:07-cv-04114-FMC-AJWx**

**JUDGMENT AFTER TRIAL IN FAVOR OF DEFENDANTS CITY OF BURBANK, DARIN RYBURN, CHRIS ROBARTS, FERNANDO MUNOZ AND EDMUNDO ZEPEDA**

On January 13, 2009, Carol A. Humiston, attorney for Defendants City of Burbank, Darin Ryburn, Chris Robarts, Fernando Munoz and Edmundo Zepeda, and Leo H. Terrell, attorney for Plaintiffs George Huff, Maria Huff and Vincent Huff, commenced trial before this Court. After the presentation of evidence and the conclusion of the trial, this Court made Findings of Fact and Conclusions of Law, which are incorporated herein by reference. Based on the Findings of Fact and Conclusions of Law, this Court granted judgment in favour of Defendants City of Burbank, Darin Ryburn, Chris Robarts, Fernando Munoz and Edmundo Zepeda.

JUDGMENT IS HEREBY ENTERED in this case in favor of Defendants City of Burbank, Darin Ryburn, Chris Robarts, Fernando Munoz and Edmundo Zepeda and against plaintiffs George Huff, Maria Huff and Vincent Huff.

DATED: January 28, 2009

The Honorable Florence-Marie Cooper
United States District Court Judge