```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION


                       CIVIL MINUTES--GENERAL

Case No. CV 07-4114 FMC (AJWx)          Date:  September 25, 2009

Title: GEORGE R. HUFF v. CITY OF BURBANK, et al.

==================================================================

PRESENT:   HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE

              Ysela Benavides
              Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
        None Present                            None Present
```

**ORDER REGARDING FURTHER PROCEEDINGS AND TO SHOW CAUSE REGARDING CONTEMPT OR SANCTIONS**

The clerk has been informed that Judge Crispo, who performed discovery-related work in this case, may not have been paid for his services as ordered. [See Order dated June 6, 2008]. Judge Crispo is directed to file and serve on plaintiff's counsel a declaration authenticating his invoices and stating whether or not he has been paid, by October 8, 2009. Plaintiff's counsel shall either pay the amount requested by October 22, 2009, or appear in Courtroom 690, Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA at 10:00 a.m. on that date and show cause why he should not be held in contempt or otherwise sanctioned for his failure to do so. Regrettably, the clerk's attempt to resolve this matter by contacting plaintiff's counsel informally appears to have been unsuccessful. Therefore, the court has no alternative but to take formal action unless payment is made.

**IT IS SO ORDERED.**

cc:  Parties

```
MINUTES FORM 11                          Initials of Deputy Clerk_____
CIVIL-GEN
```