JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ROBERT HUFF, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BURBANK, A MUNICIPAL CORPORATION, et al.,<br><br>Defendants. | Case No. 2:07-CV-04114-FMC-AJWx<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANTS** |

On January 13, 2009, Carol A. Humiston, attorney for Defendants City of Burbank, Darin Ryburn, Chris Robarts, Fernando Munoz and Edmundo Zepeda, and Leo H. Terrell, attorney for Plaintiffs George Huff, Maria Huff and Vincent Huff, commenced trial before the Court, the Hon. Florence Marie-Cooper presiding. After the presentation of evidence and the conclusion of the trial, the Court made Findings of Fact and Conclusions of Law, which are incorporated herein by reference. Based on the Findings of Fact and Conclusions of Law, the Court granted judgment in favor of Defendants City of Burbank, Darin Ryburn, Chris Robarts, Fernando Munoz and Edmundo Zepeda.

Plaintiffs appealed, and the Ninth Circuit Court of Appeals issued an opinion reversing the judgment, but only as to defendants Ryburn and Zepeda. Ryburn and Zepeda petitioned for rehearing which was denied. They then filed a petition for writ of certiorari with the United States Supreme Court. In a unanimous opinion issued on January 23, 2012, in the matter of *Ryburn v. Huff*, U.S Sup. Ct. Case No. 11-208, the United States Supreme Court granted the petition, reversed the Ninth Circuit, and ordered that the original judgment in favor of all defendants be reinstated. All appeals in this matter have been exhausted or lapsed, and the case has been remanded back to this Court for entry of final judgment.

Wherefore, FINAL JUDGMENT IS HEREBY ENTERED in this case in favor of Defendants City of Burbank, Darin Ryburn, Chris Robarts, Fernando Munoz and Edmundo Zepeda and against Plaintiffs George Huff, Maria Huff and Vincent Huff. Defendants are awarded their costs.

DATED: May 10, 2012

_Audrey B. Collins_
The Honorable Audrey B. Collins
United States District Court Judge